UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| TRUSTEES OF IBEW LOCAL 508 AND EASTERN DIVISION GEORGIA CHAPTER, NECA PENSION FUND; TRUSTEES OF IBEW LOCAL 508 AND EASTERN DIVISION GEORGIA CHAPTER, NECA HEALTH AND WELFARE FUND; and IBEW LOCAL UNION 508, <br><br> Plaintiffs, <br><br> v. <br><br> ALL SYSTEMS & SPECIALTY SYSTEMS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 4:12-cv-128 |

## ORDER

On November 9, 2012, this Court entered a consent order in this case governing settlement terms agreed to by the parties. ECF No. 15. In that Order, the Court gave notice to the parties that this case would be administratively closed if the Court did not receive a motion to vacate within ninety days of the Order's entry. *Id.* at 5. The Court has received no requests to vacate after more than 150 days. The Clerk therefore is **ORDERED** to administratively close this matter.

The 11 day of April, 2013

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA