UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TRUSTEES OF IBEW LOCAL 508
AND EASTERN DIVISION GEORGIA
CHAPTER, NECA, HEALTH AND
WELFARE FUND; IBEW LOCAL
UNION 508; TRUSTEES OF IBEW
LOCAL 508 AND EASTERN DIVISION
GEORGIA CHAPTER, NECA,
PENSION FUND,

Plaintiffs,

v.  4:12-cv-128

ALL ELECTRIC & SPECIALTY
SYSTEMS, INC.,

Defendant.

## ORDER

On December 3, 2013, the Plaintiffs moved this Court to enter judgment in their favor pursuant to the consent order they had entered with Defendant a year earlier. ECF Nos. 17; 15. That consent order provided a payment plan, established the Defendant's total liability to Plaintiffs, and provided for liquidated damages if the Defendant did not comply. *See* ECF No. 15. This Court entered judgment in favor of Plaintiffs but requested clarification as to the amount of damages due to inconsistencies in Plaintiffs' filings. ECF No. 18. Plaintiffs promptly responded and clarified their position. ECF No. 19.

The Court has already concluded that Plaintiffs are entitled to judgment, *see* ECF No. 18, and now ***ORDERS*** the Clerk to enter judgment against Defendant and in favor of Plaintiffs in the amount of $204,279.37.

This 27th day of March 2014.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA